# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SARITA L. TAYLOR,**
      **Plaintiff,**

    **v.**                                      **Case No. 10C0902**

**MILWAUKEE HOUSING AUTHORITY,**
**KENDRA INGRAM, ANDONIS FORD,**
      **Defendant.**

---

## ORDER

I previously granted plaintiff's motion to proceed in forma pauperis. In order to expedite this matter, pursuant to Fed. R. Civ. P. 4(c)(3) it is ordered that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. 28 C.F.R. §§ 0.114(a)(2). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff should provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin this 26th day of April, 2011.

                                                  /s_____
                                                  LYNN ADELMAN
                                                  District Judge